# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in–Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 20, 2023

The Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-0312

    Re:  *United States v. Michael Pizzuti*, Case No. 02-cr-1237

Dear Judge Preska,

I am writing to request that the Court <u>modify the terms of Mr. Pizzuti's supervised release to permit him to travel to Italy to visit family from July 20, 2023 to August 21, 2023.</u>

By way of background, Mr. Pizzuti was released in March 2020 to a halfway house and started supervised release on December 7, 2020. He has been totally compliant with supervised release and is scheduled to end supervision on December 7, 2023.

I have discussed this requested modification with United States Probation Officer Andrew Leung and Assistant United States Attorney Eli Roth. Neither has an objection.

Thank you for your consideration of this request.

SO ORDERED.

*/s/ Loretta A. Preska*
4/21/23

Sincerely,

*/s/ Rachel Martin*

Rachel Martin
Assistant Federal Defender

cc:    AUSA Eli Roth
       U.S. Probation Officer Andrew Leung